IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM LANDMAN | : | CIVIL ACTION |
| v. | : | |
| RSUI INDEMNITY COMPANY | : | NO. 19-2468 |

## ORDER

**NOW**, this 5th day of September, 2019, upon consideration of the Defendant's Motion for Leave to File Exhibit 4 to its Answers and Affirmative Defenses to Plaintiff's Complaint Under Seal (Document No. 18), it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.