IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM LANDMAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **RSUI INDEMNITY COMPANY** | : | **NO. 19-2468** |

## ORDER

**NOW**, this 5th day of September, 2019, upon consideration of the Defendant's Motion for Leave to File Its Brief and Supporting Exhibits to Motion for Judgment on the Pleadings Under Seal (Document No. 21), it is **ORDERED** that the motion is **DENIED**.

<u>/s/ TIMOTHY J. SAVAGE J.</u>