# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM LANDMAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **RSUI INDEMNITY COMPANY** | : | **NO. 19-2468** |

## ORDER

**NOW,** this 27th day of January, 2020, upon consideration of the Motion for Judgment on the Pleadings of Defendant RSUI Indemnity Company (Document No. 20), the response to the motion and the reply, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.
